1  Andrew B. Downs, SBN 111435
   E-mail: andy.downs@bullivant.com
2  BULLIVANT HOUSER BAILEY PC
   101 Montgomery Street, Suite 2600
3  San Francisco, CA 94104
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
5
   Attorneys for Defendant Sentinel Insurance
6  Company, Ltd.
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11  DOMINIC INVESTMENTS, a California LLC;   Case No.:
    ROSEVILLE FLOORING, INC., a California
12  corporation,                              **NOTICE OF REMOVAL**

13              Plaintiffs,

14       vs.

15  SENTINEL INSURANCE COMPANY, LTD.,
16  a Connecticut corporation; THE HARTFORD;
    and DOES 1 to 10,
17
18              Defendants.

19

20       Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Sentinel Insurance Company, Ltd.

21  ("Sentinel") removes this action to the United States District Court for the Eastern District of

22  California.

23       1.      This Court has diversity jurisdiction over this matter because it is a lawsuit

24  between citizens of different states and the amount in controversy exceeds $75,000.

25       2.      Plaintiff Dominic Investments, LLC ("Dominic") is a Limited Liability

26  Company. For purposes of diversity jurisdiction, its citizenship is the citizenship of those of its

27  members who are not themselves Limited Liability Companies. Sentinel is informed and

28  believes based upon the available public records that the members of Dominic are Earl and

Kelly Mann, who are natural persons resident in the State of California. Thus, for purposes of diversity jurisdiction, Dominic is a citizen of the State of California. Dominic has no members who are citizens of Connecticut.

3. Plaintiff Roseville Flooring, Inc. ("Roseville") is a corporation incorporated in California with its principal place of business in California. For purposes of diversity jurisdiction, Roseville is a citizen of California.

4. Defendant Sentinel Insurance Company, Ltd. ("Sentinel") is a corporation incorporated in Connecticut with its principal place of business in Connecticut. For purposes of diversity jurisdiction, Sentinel is a citizen of Connecticut.

5. The defendant named as "The Hartford" does not exist. "The Hartford" is a trade name used by Sentinel and various other direct and indirect subsidiaries of the Hartford Financial Services Group, Inc. a Delaware corporation with its principal place of business in Connecticut. Because it does not exist, the citizenship of "The Hartford" can be disregarded for purposes of diversity jurisdiction.

6. The citizenship of the defendants described as Does 1 to 10, inclusive, none of whom have been served, may be disregarded for purposes of federal diversity jurisdiction pursuant to 28 U.S.C. § 1441(b)(1).

7. The amount in controversy in this action exceeds $75,000, exclusive of interest and costs, as shown more fully below.

8. On or about March 8, 2021, Dominic and Roseville filed an action in the Superior Court of California for the County of Butte entitled "*Dominic Investments, A California LLC, and Roseville Flooring, Inc., a California Corporation v. Sentinel Insurance Company, LTD, a Connecticut Corporation; The Hartford; and DOES 1 to 10*." That action bears case number 21CV00516 in that court. A true and correct copy of the Complaint is attached as Exhibit 1.

9. In the Complaint Dominic and Roseville seek damages for the alleged breach of a property insurance contract as a consequence of losses allegedly sustained by them arising out of the 2018 "Camp Fire." Dominic and Roseville seek damages for contractual benefits

allegedly owed, for alleged breaches of the implied covenant of good faith and fair dealing, attorney's fees pursuant to *Brandt v. Superior Court*, 37 Cal.3d 813 (1985), and punitive damages. While the Complaint does not allege a specific amount of damages allegedly due, pre-service communications from plaintiffs' counsel indicate plaintiffs are seeking in excess of $750,000 in addition to those sums already paid. Thus, the amount in controversy exceeds $75,000 exclusive of interest and costs.

10. The Summons and Complaint were served upon Sentinel on July 19, 2022, less than 30 days ago. A true and correct copy of the Summons is attached as Exhibit 2. No return of service has been filed with the State Court.

11. Non-existent defendant "The Hartford" has not been served.

12. This Notice of Removal is being filed less than 30 days after service of the Summons and Complaint upon Sentinel.

13. The one-year limitation of 28 U.S.C. § 1446(c)(1) does not apply because the case stated by the initial pleading was removable, and because plaintiff acted in bad faith by failing to serve the Summons and Complaint for 16 months after filing suit in state court.

14. Copies of the remaining documents filed in State Court are attached as follows:

| Exhibit | Description |
| --- | --- |
| 3 | Civil Cover Sheet (3/8/2021) |
| 4 | Notice of Assignment (3/8/2021) |
| 5 | Plaintiff Case Management Conference Statement (8/10/2021) |
| 6 | Minutes (8/25/2021) |
| 7 | Minutes (12/15/2021) |
| 8 | Minutes (2/16/2022) |
| 9 | Order to Show Cause (2/18/2022) |
| 10 | Notice of Sanctions Imposed (2/18/2022) |
| 11 | Returned Mail (3/4/2022) |
| 12 | Returned Mail (3/11/2022) |
| 13 | Plaintiff Response to Order to Show Cause (4/1/2022) |

| Exhibit | Description |
|---|---|
| 14 | Plaintiff Case Management Conference Statement (4/1/2022) |
| 15 | Minute Order (4/6/2022) |
| 16 | Plaintiff Case Management Statement (6/23/2022) |
| 17 | Minutes (7/13/2022) |

WHEREFORE, defendant Sentinel Insurance Company, Ltd. prays this matter be removed to the United States District Court for the Eastern District of California.

DATED:  August 16, 2022

BULLIVANT HOUSER BAILEY PC

By  /s/ Andrew B. Downs
　　　Andrew B. Downs

Attorneys for Defendant Sentinel Insurance Company, Ltd.

4857-1849-4765.1