Andrew B. Downs, SBN 111435
E-mail: andy.downs@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant Sentinel Insurance
Company, Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DOMINIC INVESTMENTS, a California LLC; ROSEVILLE FLOORING, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation; THE HARTFORD; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:22-cv-01450-JAM-KJN<br><br>**SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiffs Dominic Investments and Roseville Flooring, Inc. and defendant Sentinel Insurance Company, Ltd. stipulate and request as follows:

1.  The parties previously stipulated to 21 day extension of time pursuant to Local Rule 144(a) for Sentinel to respond to the Complaint (ECF 3). That extension expires September 13, 2022.

2.  Sentinel is contemplating filing a motion to dismiss the Second Cause of Action of the Complaint. The parties have commenced, but not completed, meeting and conferring regarding that motion, as plaintiff is considering, but has not committed to, filing a First Amended Complaint. In order to allow that process to be completed and to give plaintiff's

counsel sufficient time to either file a First Amended Complaint or to notify defense counsel that he will not amend, the parties seek an additional 14 days to and including September 26, 2022 within which Sentinel may respond to the Complaint.

3. The parties stipulate that Sentinel be granted a further 14 day extension of time to and including September 26, 2022 within which to respond to the Complaint.

DATED: September 13, 2022

                    BULLIVANT HOUSER BAILEY PC

                    By  /s/ *Andrew B. Downs*
                         Andrew B. Downs

                    Attorneys for Defendant Sentinel Insurance Company, Ltd.

DATED: September 13, 2022

                    LAW OFFICE OF JOSEPH A. WEST

                    By  /s/ *Joseph A. West** (*by e-mail auth. ABD)
                         Joseph A. West

                    Attorneys for Plaintiffs Dominic Investments and Roseville Flooring, Inc.

**ORDER**

The parties having stipulated, and good cause appearing,

IT IS HEREBY ORDERED that defendant Sentinel Insurance Company, Ltd. may have until September 26, 2022 to respond to the Complaint on file.

IT IS SO ORDERED.

DATED: September 13, 2022        /s/ John A. Mendez
                                      THE HONORABLE JOHN A. MENDEZ
                                      SENIOR UNITED STATES DISTRICT JUDGE

SECOND STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT: CASE NO.: 2:22-CV-01450-JAM-KJN