Andrew B. Downs, SBN 111435
E-mail: andy.downs@bullivant.com
Ted A. Smith, SBN 159986
E-mail: ted.smith@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendant Sentinel Insurance Company, Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DOMINIC INVESTMENTS, a California LLC; ROSEVILLE FLOORING, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation; THE HARTFORD; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:22-cv-01450-JAM-KJN<br><br>**STIPULATION AND ORDER REGARDING CLAIM FOR "BRANDT FEES"** |

Plaintiffs Dominic Investments, and Roseville Flooring, Inc. and defendant Sentinel Insurance Company, Ltd. stipulate as follows:

1. Plaintiffs have made a claim for "Brandt Fees," that is attorneys fees awarded pursuant to *Brandt v. Superior Court*, 37 Cal.3d 813 (1985).

2. In the event the jury returns a verdict finding a breach of the implied covenant of good faith and fair dealing by defendant Sentinel, the parties prefer that the issue of the amount of fees due under *Brandt* be determined by the court and not the jury.

3. Accordingly, the parties stipulate and request that the amount, if any, of attorneys fees due be determined by the court on motion post-verdict, with no evidence or argument of the amount claimed for attorney's fees offered in the presence of the jury. The parties intend this stipulation to be one made pursuant to the instructions given in *Brandt* at 37 Cal.3d at 819-20 that the parties may stipulate to have fees determined by the court rather than the trier or fact.

DATED: January 3, 2024

                                               BULLIVANT HOUSER BAILEY PC

                                               By  */s/ Andrew B. Downs*
                                                    Andrew B. Downs
                                                    Ted A. Smith

                                             Attorneys for Defendant Sentinel Insurance Company, Ltd.

DATED: January 5, 2024

                                             LAW OFFICE OF JOSEPH WEST
                                             LAW EAGLES, PC

                                             By  */s/ Eric D. Townsend\* (\*tel. auth.)*
                                                    Joseph West
                                                    Eric D. Townsend

                                             Attorneys for Plaintiffs Dominic Investments and Roseville Flooring, Inc.

## **ORDER**

The parties having stipulated and good cause appearing,

IT IS HEREBY ORDERED that the questions of whether plaintiffs are entitled to attorney's fees under *Brandt v. Superior Court*, 37 Cal.3d 813 (1985), and if so, the amount of those fees shall be determined on motion following the entry of a verdict in this matter.

IT IS SO ORDERED.

Dated: January 05, 2024          /s/ John A. Mendez
　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE