Andrew B. Downs, SBN 111435
E-mail: andy.downs@bullivant.com
Ted A. Smith, SBN 159986
E-mail: ted.smith@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile:  415.352.2701

Attorneys for Defendant Sentinel Insurance Company, Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DOMINIC INVESTMENTS, a California LLC; ROSEVILLE FLOORING, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY, LTD., a Connecticut corporation; THE HARTFORD; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:22-cv-01450-JAM-KJN<br><br>**STIPULATION FOR DISMISSAL OF CLAIMS BY ROSEVILLE FLOORING, INC. WITHOUT PREJUDICE; ORDER** |

Plaintiffs Dominic Investments and Roseville Flooring, Inc. and defendant Sentinel Insurance Company, Ltd. stipulate pursuant to F.R.Civ.P. 41 that the claims of plaintiff Roseville Flooring, Inc. be dismissed without prejudice, with each party to bear its own attorney's fees and costs.

DATED: March 20, 2024

BULLIVANT HOUSER BAILEY PC

By /s/ *Andrew B. Downs*
Andrew B. Downs
Ted A. Smith

Attorneys for Defendant Sentinel Insurance Company, Ltd.

DATED: March 20, 2024

LAW OFFICE OF JOSEPH WEST
LAW EAGLES, PC

By /s/ *Eric D. Townsend* ( *ABD e-mail auth.)
Joseph West
Eric D. Townsend

Attorneys for Plaintiffs Dominic Investments and Roseville Flooring, Inc.

## **ORDER**

It is hereby ORDERED that the claims of plaintiff Roseville Flooring, Inc. are **DISMISSED** without prejudice, with each party to bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: March 20, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE