1  LAW OFFICE OF JOSEPH WEST
   Joseph West, California Bar No. 218847
2  6716 N. Cedar Ave., Suite 210
   Fresno, CA 93710
3  Tel.: (310) 478-0890
4  Fax.: (310) 478-5010
   jw@wlfofca.com
5

6  ERIC D. TOWNSEND (SBN: 270279)
   LAW EAGLES, PC
7  5638 Lake Murray Blvd, Suite 381
   La Mesa, CA 91942
8  Tel.: (858) 634-0099
   Fax: (877) 645-4971
9  etownsend@npl-lawfirm.com

10 Attorneys for Plaintiffs
   DOMINIC INVESTMENTS AND
11 ROSEVILLE FLOORING INC.

12                    UNITED STATES DISTRICT COURT

13                   EASTERN DISTRICT OF CALIFORNIA

14                        SACRAMENTO DIVISION

15

16 DOMINIC INVESTMENTS, a California LLC;    Case No.: 2:22-cv-01450-JAM-CSK
   ROSEVILLE FLOORING, INC., a California
17 corporation,                              **STIPULATION FOR DISMISSAL OF
                                             ENTIRE ACTION WITH PREJUDICE;
18              Plaintiffs,                  ORDER**

19       vs.

20 SENTINEL INSURANCE COMPANY, LTD.,
   a Connecticut corporation; THE HARTFORD;
21 and DOES 1 to 10,

22              Defendants.

23

24

25

26

27

28

Plaintiffs Dominic Investments and Roseville Flooring, Inc. and defendant Sentinel Insurance Company, Ltd. stipulate pursuant to F.R.Civ.P. 41 that this entire action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: April 22, 2024    BULLIVANT HOUSER BAILEY PC

By /s/ Andrew D. Downs as authorized on 4/22/23
Andrew B. Downs
Ted A. Smith
Attorneys for DEFENDANT SENTINEL INSURANCE COMPANY, LTD.

DATED: April 22, 2024    LAW OFFICES OF JOSEPH WEST
LAW EAGLES, PC

By /s/ Eric D. Townsend
Joseph West
Eric D. Townsend
Attorneys for PLAINTIFFS DOMINIC INVESTMENTS and ROSEVILLE FLOORING INC.

**ATTESTATION**

In accordance with Civil Local Rule 131(e), I Eric D. Townsend, have obtained concurrence in the filing of this document from the other signatory listed here.

DATED: April 22, 2024    LAW OFFICES OF JOSEPH WEST
LAW EAGLES, PC

By /s/ Eric D. Townsend
Joseph West
Eric D. Townsend
Attorneys for PLAINTIFFS DOMINIC INVESTMENTS and ROSEVILLE FLOORING INC.

## ORDER

It is hereby ORDERED that this entire action is **DISMISSED** with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 29, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE